FILED

11/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0619

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0619

SUSAN JOHNSON, DAVE JOHNSON,
KATHY RICH, SUSAN HINKINS,
RICHARD GILLETTE, LINDA
FULLER, LARRY JENT, JULIE JENT,
RICHARD J. CHARRON, KRISTIN
CHARRON,

        Plaintiffs and Appellee,

    v.

ALPHA SIGMA PHI (MONTANA )
STATE UNIVERSITY CHAPTER), and
CITY OF BOZEMAN,

        Defendants and Appellants.

**SECOND** ORDER
OF MEDIATOR APPOINTMENT

    LYDIA SEDIVY the mediator previously appointed in this matter, has notified the parties that he declines the appointment. Accordingly, Lydia Sedivy's order of mediator appointment is hereby rescinded and

    IT IS ORDERED THAT MICHAEL SAN SOUCI**,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

    IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

    A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

    DATED this 30th day of November, 2023.

_____
Bowen Greenwood, Clerk of the Supreme Court

c: Elizabeth Worth Lund
Brian K. Gallik
James H. Goetz
Henry Tesar
Alpha Sigma Chi (Montana Chapter)